**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Andrew Krueger,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>Defendant. | No. CV-18-03059-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Plaintiff's application for leave to proceed in forma pauperis.

> An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.,* 335 U.S. 331, 339, 69 S.Ct. 85, 93 L.Ed. 43 (1948). The IFP statute does not itself define what constitutes insufficient assets. As this court has recognized, "[o]ne need not be absolutely destitute to obtain benefits of the in forma pauperis statute." *Jefferson v. United States,* 277 F.2d 723, 725 (9th Cir.1960).

*Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).

Here, Plaintiff receives $3,000.00 per month and spends $2,460.00 per month. Thus, Plaintiff has a $540.00 monthly surplus. The Court sees no reason why this surplus cannot be used to pay the filing fee. Therefore,

/ / /

/ / /

/ / /

/ / /

1     **IT IS ORDERED** that Plaintiff's application to proceed in forma pauperis (Doc.
2) is denied. Plaintiff shall pay the filing fee within 7 days of this Order, or the Clerk of
the Court shall dismiss this case (without prejudice).

    Dated this 5th day of October, 2018.

_____
James A. Teilborg
Senior United States District Judge